JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHANN PADILLA, | Case No. CV 15-1958-GW(AJWx) |
| Plaintiff, | |
| v. | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| WELLS FARGO BANK, NATIONAL ASSOCIATION; B10 WELLS FARGO BANK NA; WELLS FARGO BANK, LTD; WELLS FARGO HOME MORTGAGE; and DOES 1 through 100, Inclusive, | Complaint Filed: February 13, 2015 |
| Defendants. | |

# ORDER

Pursuant to the Joint Stipulation filed by the Parties on October 5, 2015, and good cause appearing, the Court hereby approves this Stipulation and dismisses this action with prejudice.

**IT IS SO ORDERED.**

Dated: October 7, 2015          By:_____ /s/ George H. Wu _____
                                  THE HONORABLE GEORGE H. WU
                                  UNITED STATES DISTRICT JUDGE